372 A.2d 423
Commonwealth v. Jones, Appellant.

Submitted June 14, 1976.  Richard N. Beltzner, Assistant Public Defender, for appellant;  Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 423
Commonwealth v. Jordon, Appellant.

Submitted September 8, 1975.  Hugh C. Clark, for appellant;  Martin L. Trichon, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.